450 A.2d 1061

Commonwealth v. Roncase, Appellant.

 Submitted March 31, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The judgment of sentence of the distinguished Montgomery County Common Pleas Court Judge Horace A. Davenport is affirmed.